**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sean Anthony ROBINSON, a/k/a Black,
Defendant—Appellant.**

No. 10–6931.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 28, 2010.

Sean Anthony Robinson, Appellant Pro Se. Gurney Wingate Grant, II, Roderick Charles Young, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Anthony Robinson seeks to appeal the district court's order granting his motion to hold his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence in abeyance pending a Supreme Court decision. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because the district court has not yet issued a dispositive order on Robinson's § 3582(c)(2) motion, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*